United States District Court
Southern District of Texas
**ENTERED**
April 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELITE DISTRIBUTORS, INC., d/b/a JOHNNY'S CUSTOM JEWELRY | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. H-20-3325 |
| YFN LUCCI, *et al.*, | | |
| Defendants. | | |

## ORDER ENTERING DEFAULT AND FINAL DEFAULT JUDGMENT

The plaintiff's motion for entry of default and for final default judgment against the defendants, YFN Lucci a/k/a/ Rayshawn Lamar Bennett, YFN Lucci LLC, Legacy Production Studios LLC, and YFNBC Entertainment LLC, (Docket Entry No. 11), is granted. The defendants were properly served but failed to file an answer or otherwise appear. The plaintiff's claims are liquidated and proved by written agreements in the record, and reasonable attorney's fees are supported by the record. The motion is granted. Default is entered, and final default judgment is granted, in favor of the plaintiff and against the defendants. The defendants are liable to the plaintiff and must pay the following amounts:

1. damages in the principal amount of $333,800.00, together with accruing interest on the unpaid balance and charged at the rate of 1.5% per month (not to exceed the maximum legal rate per annum), in the amount of $85,119.00 as of March 23, 2021, continuing to accrue at the rate of $166.90 per day, to April 16, 2021, for a total principal amount of $418,919.00;

2. attorney's fees in the amount of $6,984.20;

3. postjudgment interest on the amount of the judgment, at the rate of .06% per annum; and

4. taxable costs of court.

This is a final judgment.

SIGNED on April 19, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge